# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Antonio Raheem Matthews, | ) | |
| | ) | **ORDER** |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Colby Braun, | ) | Case No. 1:18-cv-175 |
| | ) | |
| Respondent. | ) | |

Petitioner filed a motion for leave to proceed in forma pauperis on August 17, 2018. The court granted the motion and waived the filing fee in an order dated August 20, 2018.

The record reflects that petitioner has paid the filing fee. Consequently, the court vacates its August 20, 2018, order and deems the motion for leave to proceed in forma pauperis (Doc. No. 2) **MOOT**.

**IT IS SO ORDERED.**

Dated this 22nd day of August, 2018.

>  */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court